Núm. 16.—PIÑERO ET ALS., *v.* SANCHO BONET, TESORERO, dmdado. Julio 12, 1938.

POR CUANTO, los peticionarios solicitan de esta Corte Suprema que libre mandamiento de *injunction* para hacer efectiva su jurisdicción, ordenándole al demandado apelante, R. Sancho Bonet, que se abstenga de cobrar determinada contribución impuesta por el ·municipio

de Río Piedras, hasta tanto se resuelva y sustancie el recurso de apelación Núm. 7644 entre las mismas partes;

POR CUANTO, a moción de los peticionarios radicada en esta Corte el día primero de marzo de 1938 y por las razones que en ella se adujeron anticipamos la vista del recurso núm. 7644, ya referido;

POR CUANTO, dicha apelación ha quedado resuelta definitivamente;

POR TANTO, se declara no haber lugar a librar el auto de *injunction* solicitado.

*Mandamus:*